GEORGE E. PAYNE, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted June 3, 1932; decided June 21, 1932.)

*Arthur J. W. Hilly*, Corporation Counsel (*Edwin J. Talley, John E. Duffy* and *Alfred D. Jahr* of counsel), for appellant.

*Clarence Edwards* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.